JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARIE SACHS, | ) | Case No.:  2:21-cv-02491-JC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| v. | ) | UNOPPOSED REQUEST FOR |
| | ) | VOLUNTARY DISMISSAL |
| KILOLO KIJAKAZI,[1] Acting | ) | |
| Commissioner of Social Security, | ) | [Fed. R. Civ. P. 41(a)(1)(2)] |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that Plaintiff's unopposed Motion for Voluntary Dismissal is granted and this action is dismissed without prejudice..

IT IS SO ORDERED.

DATED:  December 27, 2021        _____/s/_____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

---

[1]Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Commissioner Kilolo Kijakazi is hereby substituted as the defendant in this action.